IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JONES,

    Petitioner,                    No. CIV S-08-1933 JAM KJM P

    vs.

WARDEN MARTEL,

    Respondent.                  <u>ORDER</u>

_____/

        It appears that petitioner has been recently paroled. In light of this and other facts, petitioner has filed a request to utilize the court's electronic filing system. Considering petitioner's current non-custodial status and good cause otherwise appearing, IT IS HEREBY ORDERED that:

/////

/////

/////

/////

/////

/////

1

1. Petitioner is granted permission to utilize the court's electronic filing system; and

2. Petitioner shall register with the Clerk of the Court for electronic filing.

DATED: July 31, 2009.

_____
U.S. MAGISTRATE JUDGE