IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JONES,

     Petitioner,                       No. CIV-S-08-1933 JAM KJM P

     vs.

WARDEN MARTEL,

     Respondent.                  <u>ORDER</u>

_____/

     Petitioner has filed a request for permission to file an "oversized" traverse (#33). Good cause appearing, the court will consider petitioner's traverse and the memorandum filed in support thereof on April 25, 2010.

DATED: April 30, 2010.

_____
U.S. MAGISTRATE JUDGE

1
jone1933.ovs